# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00676-MOC-DSC

| | |
|---|---|
| JAMES R. BLACKWELDER et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| HORTER INVESTMENT ) | |
| MANAGEMENT LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Matthew L. Fornshell]" (document #10) filed February 24, 2020. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: February 24, 2020

David S. Cayer
United States Magistrate Judge